Rev. 10/09

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Gregory Newton**  
**Lynnett Newton**  
Debtor(s)

Case No.

Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN  ☐ AMENDED
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

### Plan Summary

**A.** The Debtor's Plan Payment is scheduled at **$2,125.00 Monthly**  ☑ Pay Order, ☐ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$127,500.00**.

**B.** The Plan proposes to pay all allowed priority, special class and secured claims and approximately **100%** of the unsecured allowed claims. THIS PLAN DOES NOT ALLOW CLAIMS. You must file a proof of claim to receive distributions under any plan. Other than adequate protection payments, disbursements will begin after entry of an order of confirmation of the plan.

**C.** Value of non-exempt assets **$2,357.25**.

**D.** Current monthly income **$9,601.72**, - expenses **$7,501.61** = available for Plan **$2,100.11**.

**E.** The total amount to be paid into the Plan shall be increased for tax refunds as set forth in the Standing Order for Chapter 13 Case Administration in this Division. These additional receipts shall be disbursed according to the provisions of the Plan. IRS or Debtor(s) are directed to forward refund to the Trustee.

### Special Plan Provisions

**Attorney's Fees**
The attorney's fees are $3,500.00 and are to be paid with a distribution of $1,000.00 in the first disbursement after confirmation and distributions are to continue thereafter at the rate of $250.00 a month until paid in full.

### Plan Provisions

### I. Vesting of Estate Property

Upon confirmation of the plan, all property of the estate shall vest in the Debtor(s), and shall not remain as property of the estate subject to the automatic stay of 11 U.S.C. §362.

### II. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor(s) hereby elects to assume the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| Suzie Gole | resid. lease | Assumed | No |

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor(s) hereby elects to reject the following executory contracts, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| AT&T | Telephone service | Rejected | No |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Gregory Newton**  Case No.
**Lynnett Newton**
Debtor(s)  Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN  ☐ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

## III. Specific Treatment for Payment of Allowed Claims

### 1. DIRECT PAYMENTS BY DEBTOR TO CREDITORS; SURRENDER OF COLLATERAL

A. Debtor shall pay the following creditors directly:

| Creditor Name | Remarks | Debt Amount | Monthly Payment |
|---|---|---|---|
| Chase Auto Finance | pay full claim | $38,985.10 | $699.99 |
| Volkswagen Credit | pay full clim | $20,256.81 | $418.30 |

B. Debtor shall surrender the following collateral:

| Creditor Name / Collateral Surrendered | In Full Satisfaction (Yes/No) | Debt Amount |
|---|---|---|
| Bank of America Home Loan Servicing 8381 So. Mcgregor Ln., West Jordan, UT 84088 | No | $244,033.39 |
| Salt Lake County Treasurer 8381 So. Mcgregor Ln., West Jordan, UT 84088 | No | $1,484.99 |

C. Creditor's Direct Communication With Debtors

Creditors whose claims are scheduled to be paid directly by the debtor(s), including creditors with claims secured by real property or vehicles, are authorized to send monthly statements to the debtor(s). They are also authorized to communicate directly with the debtor(s) in response to a debtor's questions about monthly payments, escrow accounts, account balances, increases in monthly payments, and other routine customer service inquiries.

### 2. PAYMENTS BY TRUSTEE

A. Administrative Expenses (including Attorney's fees)
*The Trustee may receive up to 10% of all sums disbursed, except on any funds returned to the debtor.*

| Creditor | Estimated Amount of Debt | Monthly Payment Amount | |
|---|---|---|---|
| Cantu & Hickson, P.C. | $2,500.00 | Month(s) 1-1 | $1,000.00 |
|  |  | Month(s) 2-7 | $250.00 |

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Gregory Newton**  Case No.
**Lynnett Newton**
Debtor(s)  Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN  ☐ AMENDED
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

B. Ongoing Mortgage Payments

The Trustee shall pay all post-petition monthly mortgage payments on claims against real property that were delinquent on the petition date ("Ongoing Mortgage Payments"). The Ongoing Mortgage Payments will be in the amount stated in the allowed proof of claim or as fixed by Court order. If the debtor makes a Plan payment that is insufficient for the Trustee to disburse all Ongoing Mortgage Payments required below, such payments will be disbursed in the order listed below. The Trustee shall hold debtor payments until a sufficient amount is received to make a full Ongoing Mortgage Payment. The debtor shall provide to the Trustee all notices received from Mortgage Creditors including statements, payment coupons, impound and escrow notices, default notifications, and notices concerning changes of the interest rate on variable interest rate loans. The automatic stay is modified to permit Mortgage Creditors to issue such notices. Changes to the monthly Ongoing Mortgage Payment or the addition of post-petition mortgage fees and charges shall be effectuated pursuant to the *Standing Order Relating to Ongoing Mortgage Payments in Chapter 13 Cases in the Austin Division.*

| Mortgage Creditor / Property Address | Monthly Mortgage Payment (proof of claim controls) | Monthly Late Charge | Interest Rate | Payment Due Date | Paid by Trustee OR Paid Direct by Debtor (select one) |
|---|---|---|---|---|---|
| | | | | | |

C. Secured Claims - Mortgage Arrearage, Real Property

The Plan will cure pre-petition arrearage claims pursuant to the payment schedule set forth below. The allowed arrearage claim will be the amount of the allowed proof of claim or as fixed by court order.

| Creditor / Property Address / Description of Collateral | Estimated Claim | Mo. Pmt or Method of Disbursement | Interest Rate (if applicable) | Other Remarks |
|---|---|---|---|---|
| | | | | |

D. Secured Claims - Personal Property; Adequate Protection Payments; MOTIONS TO VALUE COLLATERAL

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the full amount of the claim, as specified below, plus interest thereon at the rate specified in this Plan. FAILURE OF THE SECURED CREDITOR TO OBJECT TO THE PROPOSED VALUE WILL BE DEEMED ACCEPTANCE OF THE PLAN UNDER SECTION 1325(a)(5)(A). Except for secured claims for which provision is made to pay the full amount of the claim notwithstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section III(2)(F).

In the first disbursement following the filing of a claim by a creditor holding an allowed claim secured by personal property, the Trustee shall commence making adequate protection payments in the amount set out below, unless otherwise ordered by the Court. Such payments shall cease upon confirmation of the plan.

| Creditor/Collateral | Adequate Protection Payment | Other Treatment/Remarks |
|---|---|---|
| Bank of the West 2008 Carbon Lite trailer | $100.00 | |
| HSBC Retail Services/ Best Buy Television, Laptop, PS3 | $10.00 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Gregory Newton**  Case No.
**Lynnett Newton**
Debtor(s)  Chapter 13 Proceeding

## DEBTOR(S)' CHAPTER 13 PLAN  ☐ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 3*

The Debtor moves to value collateral described below in the amounts indicated. The Debtor(s) declares, under penalty of perjury, that the foregoing values as stated in the above Motion and the Plan for the secured debt are true and correct and to the best of their knowledge represent the replacement value, pursuant to Section 506(a)(2), of the assets held for collateral.

**/s/ Gregory Newton**  **/s/ Lynnett Newton**
Gregory Newton, Debtor  Lynnett Newton, Joint Debtor

Objections to Valuation of collateral proposed by this plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the plan. Following confirmation of the plan, monthly payments shall be made as follows:

| Creditor / Collateral | Est. Claim | Value of Collateral | Monthly Payment | Interest Rate | Pay Value of Collateral (OR) Pay Full Amount of Claim (select one) |
|---|---|---|---|---|---|
| Bank of the West 2008 Carbon Lite trailer | $23,567.02 | $14,000.00 | Pro-Rata | 5.25% | Pay Value of Collateral |
| HSBC Retail Services/ Best Buy Television, Laptop, PS3 | $2,367.39 | $1,500.00 | Pro-Rata | 5.25% | Pay Value of Collateral |

Secured creditors shall retain their liens on the collateral which is security for their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law, or discharge under 11 U.S.C. Section 1328. In addition, if this case is dismissed or converted without completion of the plan, such liens shall also be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

E. Priority Creditors

| Creditor | Estimated Amount of Debt | Payment Method 1. Before 2. After 3. Along With Secured Creditors | Remarks |
|---|---|---|---|
| Anne Farrell | $6,432.00 | Along With | |
| Internal Revenue Service | $8,144.07 | Along With | |

F. General Unsecured Creditors, [including claims from rejection of contracts, leases and contracts for deed]. Unless otherwise provided below, payments to creditors with allowed general unsecured claims shall be made on a pro rata basis as funds become available after payment of other creditors. It is estimated that distribution to the general unsecured creditors will commence in the **18th** month of the Plan.

G. Cure claims on Assumed Executory Contracts, Contracts for Deed & Leases:

| Creditor | Estimated Amount of Debt | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Gregory Newton** Case No.
**Lynnett Newton**
Debtor(s) Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN  ☐ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 4*

**Totals:**

| | |
|---|---|
| Administrative Claims | $2,500.00 |
| Arrearage Claims | $0.00 |
| Secured Claims | $15,500.00 |
| Priority Claims | $14,576.07 |
| Unsecured Claims | $80,627.36 |
| Cure Claims | $0.00 |

H. Supplemental Plan Provisions

(a) MOTION TO AVOID LIENS UNDER 11 U.S.C. § 522(f)

Debtor moves to avoid the following liens that impair exemptions. Objections to Lien Avoidance as proposed in this plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the plan. (Debtor must list the specific exempt property said lien impairs and the basis of the lien, i.e. judicial, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

## IV. General Information

**NOTICE:** Local Rule 3002 provides, in part:

*"Every Creditor filing a Proof of Claim in all cases shall transmit a copy with attachments, if any, to the Debtor's Attorney (or the Debtor if the Debtor is pro se) and the Trustee appointed in the case."*

Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. The deadline for the filing of objections to confirmation is ten days prior to the confirmation hearing.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Gregory Newton**  Case No.
**Lynnett Newton**
Debtor(s)  Chapter 13 Proceeding

# DEBTOR(S)' CHAPTER 13 PLAN ☐ *AMENDED*
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

Respectfully submitted this date: __**12/6/2010**_____.

__/s/ Gregory Newton_____  __/s/ Lynnett Newton_____
Gregory Newton  Lynnett Newton
3477 Flowstone Lane  3477 Flowstone Lane
Round Rock, TX 78681  Round Rock, TX 78681
(Debtor)  (Joint Debtor)

__/s/ Eddie Cantu/Elizabeth Hickson_____
Eddie Cantu/Elizabeth Hickson
4833 Spicewood Springs Rd.
Suite 200
Austin, TX 78759
Phone: (512) 346-8597 / Fax: (512) 346-2047
(Attorney for Debtor)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Gregory Newton**      CASE NO.
*Debtor*

**Lynnett Newton**      CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 6, 2010, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Eddie Cantu/Elizabeth Hickson**
Eddie Cantu/Elizabeth Hickson
Bar ID:03767050/0958600
Cantu & Hickson, P.C.
4833 Spicewood Springs Rd.
Suite 200
Austin, TX 78759
(512) 346-8597

---

American Express
xxxx-xxxxxx-x2004
P.O. Box 981535
El Paso, TX 79998-1531

Bank of America Home Loan Servicing
xxxxx9192
P.O. Box 5170
Simi Valley, CA 93062-5170

Cash Net USA.Com
200 W. Jackson Blvd. 14th floor
Chicago, IL 60606-6941

American Express
xxxxxxxx1002
P.O. Box 981535
El Paso, TX 79998-1531

Bank of the West
xxxxx1150
PO Box 4002
Concord, CA 94524-4002

Chase Auto Finance
xxxxxxxxxx5304
PO Box 901076
Fort Worth, TX 76101-2076

Anne Farrell
2130 North Brandywine St.
Arlington, VA 22207

Capital One Bank
xxxx-xxxx-xxxx-0121
P.O. Box 60599
City of Industry, CA 91716-0599

Citi Cards
xxxx-xxxx-xxxx-4498
P.O. BOX 142319
Irving, TX 75014-2319

AT & T
PO Box 989049
W. Sacramento, CA 95798-9049

Cardmember Service/ Chase
xxxx-xxxx-xxxx-4521
P.O. Box 15298
Wilmington, DE 19850-5298

City of West Jordan
xxxxx4001
800 S. Redwood Rd.
West Jordan, UT 84088

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Gregory Newton**                      CASE NO.
*Debtor*

**Lynnett Newton**                         CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Deborah B. Langehennig<br>3801 Capital of Texas Highway, So.<br>Suite 320<br>Austin, TX 78704 | HSBC Retail Services/ Best Buy<br>xxxxxxxxxxxx1904<br>PO Box 15521<br>Wilmington, DE 19850-5521 | Nationwide Credit, Inc.<br>xxxx-xxxxxx-x2004<br>2015 Vaughn Road, Buld 400<br>Kennesaw, GA 30144-7802 |
| Discover<br>xxxxxxxxx7286<br>PO Box 29033<br>Phoenix, AZ 85038-9033 | Internal Revenue Service<br>xxxxx5397<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Reward Zone Program Mastercard<br>xxxx-xxxx-xxxx-0955<br>P.O. Box 80045<br>Salinas, CA 93912-0045 |
| Discover<br>xxxxxxxxx1999<br>PO Box 29033<br>Phoenix, AZ 85038-9033 | Kohl's<br>xxxxxx2900<br>PO BOX 2983<br>Milwaukee,WI 53201-2983 | Salt Lake County Treasurer<br>xxxxxxxxx0000<br>2001 South State St. #N1200<br>P.O. Box 410418<br>Salt Lake City, UT 84141-0418 |
| Goodyear Credit Plan<br>xxxxxxxxxxxx2679<br>PO Box 653054<br>Dallas, TX 75265-3054 | Lundberg and Associates<br>3269 So. Main #100<br>Salt Lake City, UT 84115 | Sears Credit Cards<br>xxxxxxxxxxxx8217<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 |
| Gregory Newton<br>3477 Flowstone Lane<br>Round Rock, TX 78681 | Macy's<br>xxxxxxx0120<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040 | Verizon Wireless<br>xxxxxxxxxxx0001<br>5175 Emerald Pkwy<br>Dublin, OH 43017 |
| HSBC Card Services<br>xxxx-xxxx-xxxx-5002<br>PO Box 80084<br>Salinas, CA 93912-0084 | Mountain America Credit Union<br>xxxx0853<br>P.O. Box 9001<br>West Jordan, UT 84084-9001 | Volkswagen Credit<br>xxxxx9423<br>PO Box 3<br>Hillsboro, OR 97123-003 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE:  **Gregory Newton, Debtor**  CASE NO  **Unknown**
**Lynnett Newton, Joint Debtor**
CHAPTER  **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $194.71 | $353.93 | $353.14 | $352.33 | $351.54 | $350.74 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $425.65 | $777.15 | $778.78 | $780.42 | $782.06 | $783.69 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $1,000.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $45.61 | $83.27 | $83.44 | $83.62 | $83.79 | $83.97 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $246.53 | $448.15 | $447.14 | $446.13 | $445.11 | $444.10 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $349.94 | $401.64 | $400.73 | $399.81 | $398.89 | $397.98 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $785.33 | $905.30 | $907.18 | $909.06 | $910.94 | $912.82 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $84.14 | $97.00 | $97.20 | $97.40 | $97.60 | $97.80 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $443.09 | $508.56 | $507.39 | $506.23 | $505.07 | $503.90 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $397.05 | $396.14 | $395.22 | $394.31 | $393.38 | $150.52 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $914.70 | $916.58 | $918.45 | $920.33 | $922.21 | $354.38 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $98.01 | $98.20 | $98.41 | $98.60 | $98.82 | $37.97 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $502.74 | $501.58 | $500.42 | $499.26 | $498.09 | $190.58 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$1,912.50** | **$733.45** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,179.05 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Gregory Newton, Debtor**  CASE NO **Unknown**
**Lynnett Newton, Joint Debtor**  CHAPTER **13**

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **Gregory Newton, Debtor**  CASE NO **Unknown**

**Lynnett Newton, Joint Debtor**  CHAPTER **13**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| Anne Farrell | $6,432.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Bank of the West | $14,000.00 | 5.25% | $605.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cantu & Hickson, P.C. | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| HSBC Retail Services/ Best Buy | $1,500.00 | 5.25% | $64.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Internal Revenue Service | $8,144.07 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| NEW BALANCE: | | | | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 | $2,125.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 | $1,912.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 | $212.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |